**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 215 EAL 2018
                                   :
                   Respondent      :
                                   :
                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court
          v.                       :
                                   :
                                   :
SHAHEED SMITH,                     :
                                   :
                   Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.